

Public Safety Department
Animal Services Division
305 25th Street W
Palmetto, FL 34221
Phone: (941) 742-5933
www.mymanatee.org

06/11/2020

David P. Daniels
3005 23 Ave W
Bradenton FL 34205

RE: Dog Walker Volunteer at Manatee County Animal Services

Dear David,

I am writing to inform you that your recent post on social media has been found to be inconsistent with the best interest of Manatee County Animal Services ("MCAS"). This letter will serve as an official warning and a copy will be mailed to your address on file.

On Monday, June 1st, I had a conversation with you and volunteer Cathy Bridwell regarding appropriate action relating to social media. You assured me that you did not have any involvement with the recent negative posts on Support No Kill. The following are your words, sent via email on Tuesday, June 2nd: "But I would rather not see any person associated with MCAS - staff or volunteer - comment on that site. When we write on the SNK page, we add legitimacy to a wacko, false information peddling organization."

The below screenshots show posts from June 9th, 2020.



**David Daniels ▶ Support No Kill Manatee County**
Yesterday at 7:21 PM

A valid subject to focus on is the continued housing of dogs outdoors, under metal roofs, surrounded by concrete block walls during the extreme heat and humidity. Dogs are suffering in these outdoor cages. Manatee County has been promising relief for at least 3 years - yet we are now into the heat of June and dogs are tonight left outdoors with little air circulation. Last September, in order to deflect heat over the death of a dog, Administrator Coryea promised relief. 9 months later and dogs are still housed and suffering outside. This is a County issue. A property management issue. Manatee County can do better.

**EXHIBIT A**



> 
> **Matt Bower** Absolutely can do better but someone has to carry the water. If folks want change, they have to get after it and get involved to effect change. That means hard work to help get the right people elected that will actually do something.
>
> 17h 👍 1
>
> 
> **David Daniels** I have written multiple letters to Commissioners and County Admin Coryea. They don't even respond. Used to be that anytime a taxpayer wrote an elected official, a response would be received - even if it was just polite nonsense. On Sept 18, 2019 Admin Coryea wrote me an email in response to the death of several dogs at the shelter that the air circulation would be improved soon. And that she would keep me updated. She has done neither - even after I wrote her asking for updates twice in the last few months. I have encouraged other volunteer to write the commission and tonight sent a letter to the editor of both local papers. It bothers me to no end, with all the wealth and animal loving citizens in our county, to think that we are allowing dogs to live outdoors. It is not the shelter's fault. The property is under control of Property Mgmt and the Administration.
>
> 13h 👍😢 2

Appropriate action on your part would have been to have continued discussions with Chief Sarah Brown, or your County Commissioners, regarding the status of the existing projects currently being completed to address your concerns. As previously stated, I respect your right to advocate for the animals and the shelter, however, involving third parties or other forums, such as Support No Kill, who continue to act in a manner detrimental to the shelter and our mission, is not acceptable as a volunteer at MCAS.

The core values of our organization stress cooperation and mutual respect as well as adherence to our volunteer code of conduct. We value your work as a volunteer with our program and hope that you will work towards meeting the requirements set forth within the volunteer handbook. Continued violations could result in further action from MCAS, up to and including termination from the MCAS Volunteer Program.

Kind Regards,

Janine Davis
Volunteer Coordinator
Manatee County Animal Services
305 25 Street West
Palmetto, FL 34221

---

| PRISCILLA TRACE | REGGIE BELLAMY | STEPHEN JONSSON | MISTY SERVIA | VANESSA BAUGH | CAROL WHITMORE | BETSY BENAC |
|---|---|---|---|---|---|---|
| *District 1* | *District 2* | *District 3* | *District 4* | *District 5* | *At Large* | *At Large* |